# South Carolina
# Department of Insurance

HENRY McMASTER  
Governor

MICHAEL WISE  
Director

Capitol Center  
1201 Main Street, Suite 1000  
Columbia, South Carolina 29201

Mailing Address:  
P.O. Box 100105, Columbia, S.C. 29202-3105

January 23, 2024

**EXHIBIT B**

CERTIFIED MAIL  
RETURN RECEIPT REQUESTED  
JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)  
c/o Tracy Kane Lannigan  
197 Clarendon Street  
Boston, MA 02117-0000

Dear Sir:

On January 23, 2024, I accepted service of the attached Summons and Complaint on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

You must promptly acknowledge in writing your receipt of this accepted process to spurvis@doi.sc.gov. When replying, please refer to File Number 196922, Columbia International University v. JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), 2024-CP-40-00269.

By:

*Gwendolyn Fuller McGriff*  
Gwendolyn McGriff  
General Counsel  
(803)737-6732

Sincerely Yours,

Michael Wise  
Director  
State of South Carolina  
Department of Insurance

Attachment

CC:   Brad D. Hewett  
      Post Office Box 8113  
      Columbia, SC   29202